CSG

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

ALDI INC.,                                )      RECEIVED
                                          )
            Plaintiff,                    )      APR 3 0 2002
                                          )      Civil Action On. 01-CV-2340
        v.                                )
                                          )      Judge Clifford Scott Green    FILED
ALDI FURNITURE & BEDDING, INC.,           )
                                          )                         MAY 0 3 2002
            Defendant                     )
                                                          MICHAEL E. KUNZ, Clerk
             **FINAL JUDGEMENT BY CONSENT**          By_____ Dep. Cler

        The parties to this action have settled the dispute that is the subject matter of this

action and have agreed to the disposition of this action by entry of a judgment in the form

set forth below.

        IT IS STIPULATED AND AGREED by and between the parties that in connection

with the settlement of this action, this Court may and does ADJUDGE AND DECREE that:

1.      This Consent Judgment is made and entered into by Aldi  Inc. ("Plaintiff") and Aldi

        Furniture & Bedding, Inc. ("Defendant").

2.      This Court has jurisdiction over the subject matter of this action and over the parties

        pursuant to, among other authorities, 28 U.S.C. §§ 1331, 1337, 1338(a), 1338(b),

        1367(a) and 15 U.S.C. §§ 1051-1127.

3.      Plaintiff and its predecessor have continuously since at least as early as 1976 used

        the mark "ALDI" for grocery supermarket services.  Plaintiff is the owner of U.S.

        Trademark Registration No. 1,093,441 issued June 13, 1978 on the Principal

A TRUE COPY CERTIFIED FROM THE RECORD

DATED: 5-21-02

ATTEST: _____
        DEPUTY CLERK, UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF PENNSYLVANIA

133959

1

Register in the United States Patent and Trademark Office.  Such registration is valid, subsisting, incontestable and renewed.

4.   Plaintiff also adopted marks which consist in part of a fanciful representation of the letter "A" and the mark "ALDI" on a background surrounded by rectangular framing, all of which are displayed in different colors.   Plaintiff is the owner of U.S. Registration No. 1,331,354 on the Principal Register in the United States Patent and Trademark Office.  Such registration is valid, subsisting and incontestable.  Plaintiff is also the owner of U.S. Trademark Application Serial No. 76/258184 filed May 17, 2001 in the United States Patent and Trademark Office.

5.   The marks in paragraphs 3 and 4 above are collectively referred to as the "ALDI MARKS".

6.   Defendant has adopted and is using the name "Aldi Furniture & Bedding" in connection with its retail furniture store services and has displayed the mark in block letters substantially the same as the ALDI MARKS.   This use by Defendant is without permission or authority of Plaintiff.

7.   A permanent injunction is hereby entered enjoining the Defendant, its shareholders, directors, officers, agents, servants, employees and attorneys, and any other persons or entities in active concert or participation with them, from:

a)   Adopting or using as a trade name, trademark, service mark, domain name or e-mail address, any name, mark or e-mail address (including, without limitation, Aldi Furniture & Bedding and Aldi Furniture) which incorporates the

133959

2

ALDI MARKS or any colorable variant, or any confusingly similar term, mark or name;

b) Adopting or using as a trade name, trademark, or service mark any name or mark which incorporates the fanciful "A" contained in the ALDI MARKS, as demonstrated by the replica of the fanciful "A" attached hereto as Exhibit A or any colorable variant, or any confusingly similar term, mark or name;

c) Adopting or using as a trade name, trademark, or service mark, any name or mark which incorporates the arrangement of the fanciful representation of the letter "A" and the mark "ALDI" on a background surrounded by rectangular framing, all of which are displayed in different colors contained in the ALDI MARKS, as demonstrated by the replica of the colored ALDI MARKS attached hereto as Exhibit A or any colorable variant, or any confusingly similar term, mark or name;

d) Otherwise diluting the distinctive quality of, or infringing the ALDI MARKS; and

e) Otherwise falsely representing themselves or their goods as being connected with, sponsored by, or associated with Plaintiff.

8. Defendant will phase out the use of the trade name, trademark, service mark, or any colorable variant of "ALDI", and Defendant shall permanently cease all use within forty-five (45) days of the date of the Final Judgement by Consent. Defendant's phase out shall include, but is not limited to:

133959

3

a)   Changing Defendant's trade name, corporate name, including official change in the Pennsylvania Secretary of State's records in Harrisburg, Pennsylvania, and other states in which it operates and all incidentals;

b)   Destroying all signage, literature, advertising and other material incorporating the "ALDI" designation;

c)   Notifying all telephone and directory companies in which Defendant's business is listed that Defendant's business listings be changed, and that all references to Defendant's business under any name incorporating the "ALDI" designation be deleted.

d)   Within 45 days of the date of the Final Judgement by Consent, Defendant shall file with the clerk of this Court and serve on Plaintiff, a report in writing, under oath, setting forth in detail the manner and form in which the Defendant has complied with the foregoing injunction.

9.   Defendant proposes to adopt the name "Kiki Furniture & Bedding, Inc." and/or "Kiki's Furniture & Bedding, Inc."  Plaintiff does not object to Defendant's use of the proposed names.

10.   Each party shall bear its own costs and attorney's fees.

11.   The Court hereby approves the Final Judgment by Consent and finds that said Final Judgment by Consent is fair, reasonable and adequate.

12.   This Court directs that this Final Judgment by Consent be entered as a final judgment with respect to the claims against Defendant in <u>Aldi Inc. v. Aldi Furniture & Bedding, Inc.</u>, Civil Action No. 01-CV-2340.

133959

13. The Court shall retain jurisdiction of this matter for the purpose of entering such further orders, direction, or relief as may be appropriate for the construction, implementation, or enforcement of this judgment.

_____
United States District Judge

ALDI INC., Plaintiff

Date: 4-25-0Y    By: _____
Name: TERRY PFORTMILLER
Title: SECRETARY / TREASURER

JOEL S. GOLDHAMMER, ESQUIRE

_____
Attorney for Plaintiff, Aldi Inc.

ALDI FURNITURE & BEDDING, INC., Defendant

Date: 4/04/02    By: X _____
Name: Kabrija Davtovic
Title: President

KEVIN KOLOGINSKY, ESQUIRE

_____
Attorney for Defendant, Aldi Furniture & Bedding, Inc.

133959

5





FILED MAY 0 3 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALDI INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     vs. | : | |
| | : | NO. 01-2340 |
| ALDI FURNITURE & BEDDING, INC., | : | |
|     Defendant. | : | |

## O R D E R

AND NOW, this _____ day of May, 2002, upon review and consideration of the

Consent Decree entered into between the parties, **IT IS HEREBY ORDERED** that the Consent

Decree may be **FILED**, of record, and it is so ordered without the findings attributed to the Court

in Paragraph 11 of the Consent Decree.

BY THE COURT,

CLIFFORD SCOTT GREEN, S.J.

## ENTEREL

MAY 0 3 2002

## CLERK OF COURT

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon May 11 03:21:04 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: ____ OR Jump to record: ____ **Record 19 out of 21**

---

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **ALDI** |
| **Goods and Services** | IC 042. US 101. G & S: GROCERY SUPERMARKET SERVICES. FIRST USE: 19760428. FIRST USE IN COMMERCE: 19760428 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73097719 |
| **Filing Date** | August 25, 1976 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1093441 |
| **Registration Date** | June 13, 1978 |
| **Owner** | (REGISTRANT) ALDI-BENNER COMPANY CORPORATION ILLINOIS 3400 MT. PLEASANT ST. BURLINGTON IOWA 52601 |
| | (LAST LISTED OWNER) ALDI INC. CORPORATION BY CHANGE OF NAME FROM ILLINOIS 1200 NORTH KIRK ROAD BATAVIA ILLINOIS 605101479 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ALLEN L LANDMEIER |
| **Type of Mark** | SERVICE MARK |

**Register**          PRINCIPAL
**Affidavit Text**    SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070926.
**Renewal**           2ND RENEWAL 20070926
**Live/Dead
Indicator**           LIVE

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon May 11 03:21:04 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 13 out of 21**

TSDR   ASSIGN Status   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | A ALDI |
| **Goods and Services** | IC 042. US 101. G & S: Grocery Store Services. FIRST USE: 19810507. FIRST USE IN COMMERCE: 19820901 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.09.12 - Squares with bars, bands and lines<br>26.09.20 - Squares inside one another<br>26.09.21 - Squares that are completely or partially shaded<br>26.11.20 - Rectangles inside one another<br>26.11.21 - Rectangles that are completely or partially shaded<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 73420478 |
| **Filing Date** | April 7, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 5, 1985 |
| **Registration Number** | 1331354 |
| **Registration Date** | April 16, 1985 |

| | |
|---|---|
| **Owner** | (REGISTRANT) Aldi Inc. CORPORATION ILLINOIS 1200 N. Kirk Rd. Batavia ILLINOIS 60510-147 |
| **Attorney of Record** | Vincent J. Elders |
| **Prior Registrations** | 1071201;1093441;1194425 |
| **Description of Mark** | The mark consists in part of a fanciful representation of the letter "A". THE LINING THAT APPEARS ON THE DRAWING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150403. |
| **Renewal** | 2ND RENEWAL 20150403 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon May 11 03:21:04 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [_____] OR [Jump] to record: [_____] **Record 9 out of 21**

---

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | A ALDI |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail Grocery Stores and Supermarkets. FIRST USE: 19840104. FIRST USE IN COMMERCE: 19840104 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 25.03.02 - Backgrounds covered with other squares or rectangles<br>25.03.25 - Backgrounds covered with other figurative elements or repetitive designs, words or letters; Repetitive designs, words, or letters as a background<br>26.11.12 - Rectangles with bars, bands and lines<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.17.06 – Bands, diagonal; Bars, diagonal; Diagonal line(s), band(s) or bar(s); Lines, diagonal |
| **Serial Number** | 76258184 |
| **Filing Date** | May 17, 2001 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 18, 2002 |
| **Registration Number** | 2617555 |

| | |
|---|---|
| **Registration Date** | September 10, 2002 |
| **Owner** | (REGISTRANT) ALDI INC. CORPORATION ILLINOIS 1200 NORTH KIRK ROAD BATAVIA ILLINOIS 605101479 |
| **Attorney of Record** | Vincent J. Elders |
| **Prior Registrations** | 1093441;1331354 |
| **Description of Mark** | The mark consists, in part, of a fanciful representation of the letter "A" and the word "ALDI" on a background surrounded by rectangular framing. The mark is lined for the colors yellow, orange, red, dark blue and light blue. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120908. |
| **Renewal** | 1ST RENEWAL 20120908 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

CLOSED,STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:01-cv-02340-CG

ALDI INC. v. ALDI FURNITURE
Assigned to: HONORABLE CLIFFORD SCOTT GREEN
Demand: $0
Case in other court:
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 05/11/2001
Date Terminated: 05/03/2002
Jury Demand: None
Nature of Suit: 840 Property Rights:
Trademark
Jurisdiction: Federal Question

**Plaintiff**

**ALDI INC.**

represented by **ALLEN L. LANDMEIER**
SMITH LANDMEIER SKAAR &
ELDERS, PC
15 N. SECOND ST.
POB 127
GENEVA, IL 60134-0127
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOEL S. GOLDHAMMER**
1444 PEPPER ROAD
RYDAL, PA 19046
Fax: 215-965-1210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**VINCENT ELDERS**
SMITH LANDMEIER SKAAR &
ELDERS, PC
15 N. SECOND ST.
POB 127
GENEVA, IL 60134-0127
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ALDI FURNITURE & BEDDING,
INC.**

represented by **KEVIN KOLOGINSKY**
9231 FRANKFORD AVENUE
PHILADELPHIA, PA 19114
215-335-9255
Email: lawgarden@aol.com
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2001 | 1 | Complaint. Filing fee $ 150.00 receipt # 761451 (er) (Entered: 05/14/2001) |
| 05/11/2001 | | Summons issued. 1 original forwarded to: Counsel 5/11/01 (er) (Entered: 05/14/2001) |
| 05/11/2001 | | Standard Case Management Track. (er) (Entered: 05/14/2001) |
| 05/25/2001 | 2 | MOTION by PLAINTIFF ALDI INC. FOR ALLEN L. LANDMEIER AND VINCENT ELDERS TO APPEAR PRO HAC VICE DECLARATIONS , CERTIFICATE OF SERVICE. (jpd) (Entered: 05/29/2001) |
| 05/31/2001 | 3 | Affidavit of: Tom Fredericks re: served summons and complaint upon Al Dautovic on behalf of DEFENDANT ALDI FURNITURE. Served by: Personal Service on 5/23/01. (fdc) (Entered: 05/31/2001) |
| 05/31/2001 | 4 | ORDER THAT ALLEN L. LANDMEIER, ESQ. AND VINCENT ELDERS, ESQ., OF SMITH, LANDMEIER, SKAAR & ELDERS, P.C., ARE ADMITTED PRO HAC VICE PURSUANT TO RULE 83.5.2(b) AND RULE VIII OF RULE 83.6 OF THE LOCAL RULES OF CIVIL PROCEDURE FOR THE EASTERN DISTRICT OF PENNSYLVANIA, TO APPEAR AND TO ACTIVELY PARTICIPATE AS ATTORNEYS FOR PLAINTIFF, IN THE ABOVE-CAPTIONED ACTION. ( SIGNED BY JUDGE CLIFFORD S. GREEN ) 6/1/01 ENTERED AND COPIES MAILED AND FAXED. (fdc) (Entered: 06/01/2001) |
| 06/25/2001 | 5 | Affidavit of: Tom Fredericks re: served summons and complaint upon Al Dautovic on behalf of DEFENDANT ALDI FURNITURE. Served by: personal service on 5/23/01. (td) (Entered: 06/26/2001) |
| 07/11/2001 | 6 | Appearance of KEVIN KOLOGINSKY for DEFENDANT ALDI FURNITURE. (afm) (Entered: 07/11/2001) |
| 07/31/2001 | 7 | Answer to Complaint by DEFENDANT ALDI FURNITURE, Certificate of Service. (fdc) (Entered: 07/31/2001) |
| 08/02/2001 | 8 | STIPULATION AND ORDER THAT DEFENDANT, ALDI FURNITURE MAY ANSWER THE PLAINTIFF'S COMPLAINT ON OR BEFORE 7/31/01. ( SIGNED BY JUDGE CLIFFORD S. GREEN ) 8/2/01 ENTERED AND COPIES MAILED AND FAXED. (fdc) (Entered: 08/02/2001) |
| 12/17/2001 | 9 | ORDER THAT DISCOVERY IS TO BE COMPLETED BY 2/28/02; TRIAL POOL DEADLINE SET FOR 3/22/02. ( BY JUDGE CLIFFORD S. GREEN ) 12/17/01 ENTERED AND COPIES MAILED AND FAXED. (fdc) (Entered: 12/17/2001) |
| 05/03/2002 | 10 | ORDER THAT THE CONSENT DECREE MAY BE FILED, OF RECORD, AND IT IS SO ORDERED WITHOUT THE FINDINGS ATTRIBUTED TO THE COURT IN PARAGRAPH 11 OF THE CONSENT DECREE. ( SIGNED BY JUDGE CLIFFORD S. GREEN ) 5/3/02 ENTERED AND COPIES MAILED. (fdc) (Entered: 05/03/2002) |
| | | |

| 05/03/2002 | 11 | CONSENT DECREE WITH COURT APPROVAL. (fdc) (Entered: 05/03/2002) |
| 05/03/2002 |    | Case closed (kv) (Entered: 05/14/2002) |
| 09/30/2002 | 12 | Affidavit of DEFENDANT ALDI FURNITURE. (fdc) (Entered: 10/01/2002) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/11/2015 19:50:01 | | |
| **PACER Login:** | dm0653:2538574:0 | **Client Code:** | g2699-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:01-cv-02340-CG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALDI INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. 01-CV-2340 |
| v. | ) | |
| | ) | |
| | ) | |
| ALDI FURNITURE & BEDDING, INC., | ) | |
| | ) | |
| Defendant | ) | |

## AFFIDAVIT

We, Kabrija Dautovic and Zekira Dautovic, Officers of Aldi Furniture and
Bedding, Inc., in the above captioned action, hereby aver and say that pursuant to Final
Judgment by Court entered and received on May 3, 2002 we have:

1.  stopped adopting or using as a trade name, trademark, service mark, domain name
    or email address, any name, mark or email address, including, without limitation,
    Aldi Furniture and Bedding and Aldi Furniture which incorporates the ALDI
    MARK or any colorable variant, or any confusing similar term, mark or name;
    and,

2.  stopped adopting or using as a trade name, trademark, or service mark any name
    or mark which incorporates the fanciful "A " contained in the ALDI MARKS, as
    demonstrated by the replica of the fanciful "A" attached hereto, or any colorable
    variant, or any confusingly similar term, mark or name; and,

3.  stopped adopting or using as a trade name, trademark, or service mark, any name
    or mark which incorporates the arrangement of the fanciful representation of the
    letter "A" and the mark 'ALDI' on a background surrounded by rectangular
    framing, all of which are displayed in different colors contained in the ALDI
    MARKS, as demonstrated by the replica of the colored ALDI MARKS attached
    hereto as Exhibit A or any colorable variant, or any confusingly similar term,
    mark or name; and,

We further acknowledge and say that we have:

1.  changed our trade name, corporate name, including official change in the
    Pennsylvania Secretary of state's records in Harrisburg, Pennsylvania, and other
    states in which it operates and all incidentals; The new names are
    " _Kiki's Furniture_  _&_ " and " _KiKi Furniture, Inc._"; and,
    _Bedding, Inc._

2.  destroyed all signage, literature, advertising and other material incorporating the
    "ALDI" designation;

3.  notified all telephone and directory companies in which we have done business;

Kabrija Dautovic

Zekira Dautovic

NOTARIAL SEAL
MARY C. WHITAKER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 29, 2006



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

### Search
- **By Business Name**
- **By Business Entity ID**
  Verify
- **Verify Certification**
  Online Orders
- **Register for Online**
  Orders
- **Order Good Standing**
- **Order Certified Documents**
- **Order Business List**
  My Images
- **Search for Images**

## Business Entity Filing History

Date: 12/1/2014   (Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
| --- | --- |
| ALDIS FURNITURE-INC | Current Name |
| L & A FURNITURE INC | Prior Name |

## Business Corporation - Domestic - Information

| | |
| --- | --- |
| **Entity Number:** | 4045308 |
| **Status:** | Active |
| **Entity Creation Date:** | 7/25/2011 |
| **State of Business.:** | PA |
| **Registered Office Address:** | 1346 Franklin Mills Cir<br>Philadelphia PA 19154<br>Philadelphia |
| **Mailing Address:** | No Address |

## Officers

| | |
| --- | --- |
| **Name:** | **KADRIJA DAUTOVIC** |
| **Title:** | **President** |
| **Address:** | PO BOX 38<br>CROYDON PA 19021-0038 |

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy

Entity #: 4045308
Date Filed: 07/25/2011
Effective Date: 08/01/2011
Carol Aichele
Secretary of the Commonwealth

## PENNSYLVANIA DEPARTMENT OF STATE
## CORPORATION BUREAU

### Articles of Incorporation-For Profit
(15 Pa.C.S.)

X Business-stock (§ 1306)
____ Business-nonstock (§ 2102)
____ Business-statutory close (§ 2303)
____ Cooperative (§ 7102)

____ Management (§ 2703)
____ Professional (§ 2903)
____ Insurance (§ 3101)

| Name |
| --- |
| KOHLER & ASSOCIATES INC |

| Address |
| --- |
| 2851 BRISTOL PIKE |

| City | State | Zip Code |
| --- | --- | --- |
| BENSALEM | PA | 19020 |

Document will be returned to the name and address you enter to the left.
⇐

Commonwealth of Pennsylvania
ARTICLES OF INCORPORATION 3 Page(s)

T1120660053

Fee: $125

    In compliance with the requirements of the applicable provisions (relating to corporations and unincorporated associations), the undersigned, desiring to incorporate a corporation for profit, hereby states that:

1. The name of the corporation *(corporate designator required, i.e., "corporation"," incorporated", "limited" "company" or any abbreviation. "Professional corporation" or "P.C"):*

   L & A FURNITURE INC

2. The (a) address of this corporation's current registered office in this Commonwealth *(post office box, alone, is not acceptable)* or (b) name of its commercial registered office provider and the county of venue is:

   | (a) Number and Street | City | State | Zip | County |
   | --- | --- | --- | --- | --- |
   | 1420 FRANKLIN MILLS CIR | PHILADELPHIA | PA | 19154 | PHILADELPHIA |

   (b) Name of Commercial Registered Office Provider      County

   c/o:

3. The corporation is incorporated under the provisions of the Business Corporation Law of 1988.

4. The aggregate number of shares authorized:    1000

**Dept. of State**
JUL 25 2011

DSCB:15-1306,2102/2303/2702/2903/3101/7102A-2

5. The name and address, including number and street, if any, of each incorporator *(all incorporators must sign below)*:

Name | Address
KADRIJA   DAUTOVIC   P O Box 38   Croydon, PA 19021

6. The specified effective date, if any:___8/1/2011___,
                        month/day/year   hour, if any

7. Additional provisions of the articles, if any, attach an 8½ by 11 sheet.

8. *Statutory close corporation only*:  Neither the corporation nor any shareholder shall make an offering of any of its shares of any class that would constitute a "public offering" within the meaning of the Securities Act of 1933 (15 U.S.C. 77a et seq.)

9. *Cooperative corporations only: Complete and strike out inapplicable term:*

   The common bond of membership among its members/shareholders is:_____.



IN TESTIMONY WHEREOF, the incorporator(s)
has/have signed these Articles of Incorporation this
_14TH_ day of _July_ , _2011_.


_____
                        Signature

_____
                        Signature

Entity #: 4045308
Date Filed: 04/22/2013
Carol Aichele
Secretary of the Commonwealth

## PENNSYLVANIA DEPARTMENT OF STATE
## CORPORATION BUREAU

### Articles of Amendment-Domestic Corporation
(15 Pa.C.S.)

X    Business Corporation (§ 1915)
_____  Nonprofit Corporation (§ 5915)

| Name | | |
|---|---|---|
| KOHLER & ASSOCIATES, INC. | | |
| Address | | |
| 2851 BRISTOL PIKE | | |
| City | State | Zip Code |
| BENSALEM | PA | 19020 |

Commonwealth of Pennsylvania
ARTICLES OF AMENDMENT-BUSINESS 4 Page(s)

T1311611076

Fee: $70

In compliance with the requirements of the applicable provisions (relating to articles of amendment), the undersigned, desiring to amend its articles, hereby states that:

1. The name of the corporation is:
L & A FURNITURE INC

2. The (a) address of this corporation's current registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is (the Department is hereby authorized to correct the following information to conform to the records of the Department):

| (a) Number and Street | City | State | Zip | County |
|---|---|---|---|---|
| 1420 FRANKLIN MILLS CIRCLE | PHILADELPHIA | PA | 19154 | PHILADELPHIA |

(b) Name of Commercial Registered Office Provider          County
c/o

3. The statute by or under which it was incorporated: PA BUSINESS CORPORATION LAW OF 1988

4. The date of its incorporation: 8/1/2011

5. Check, and if appropriate complete, one of the following:

_____ The amendment shall be effective upon filing these Articles of Amendment in the Department of State.

 X  The amendment shall be effective on: ___1/1/2013___ at _____
                                      Date        Hour

PA DEPT. OF STATE   PA DEPT. OF STATE

MAR 2 0 2013      APR 2 2 2013

DSCB:15-1915/5915-2

---

6. *Check one of the following:*

  X    The amendment was adopted by the shareholders or members pursuant to 15 Pa.C.S. § 1914(a) and (b) or § 5914(a).

       The amendment was adopted by the board of directors pursuant to 15 Pa. C.S. § 1914(c) or § 5914(b).

---

7. *Check, and if appropriate, complete one of the following:*

  X    The amendment adopted by the corporation, set forth in full, is as follows'' *NEW REGISTERED OFFICE ADDRESS IS:*

ALDIS FURNITURE INC   *1346 FRANKLIN MILLS CIR. PHILADELPHIA PA 19154*

       The amendment adopted by the corporation is set forth in full in Exhibit A attached hereto and made a part hereof.

---

8. *Check if the amendment restates the Articles:*

       The restated Articles of Incorporation supersede the original articles and all amendments thereto.

---

IN TESTIMONY WHEREOF, the undersigned corporation has caused these Articles of Amendment to be signed by a duly authorized officer thereof this

  15TH    day of    MARCH   ,

  2013   .

                ALDIS FURNITURE INC
                Name of Corporation

                Signature

                PRESIDENT
                Title









Case 2:15-cv-02096-AB Document 1-1 Filed 05/14/15 Page 26 of 31

| 3 | SIGNATURE PERFUMES |
| 3 | TOP OF THE LINE FRAGRAN |
| 1 | VICTORIA'S SECRET |
| 1 | VITAMIN WORLD |

## HOME DÉCOR & FURNISH

| | ALDI FURNITURE |
| 3 | BED BATH & BEYOND |
| | JCPENNEY |
| | MARSHALLS HOMEGOODS |
| | SEARS OUTLET * |



# ategory & Location | AREA COD

## & CARDS

| | |
|---|---|
| 612-2740 | |
| 637-1171 | |
| 281-9134 | |
| 612-1339 | |

## ♠ HOME DÉCOR & FURNISHINGS

| | | |
|---|---|---|
| 4 | Aldi's Furniture.................... | 637 |
| 3 | Bed Bath & Beyond............... | |
| 1 | JCPenney.......................... | 6 |
| 3 | Marshalls HomeGoods*.......... | 281 |
| 3 | Sears Outlet*..................... | 281-7 |

## PECIALTY

| | |
|---|---|
| 632-8069 | |
| 281-3160 | |
| 637-2355 | |
| 637-0678 | |
| 612-0113 | |
| 612-6830 | |

## ♡ JEWELRY & WATCHES

| | | | |
|---|---|---|---|
| 3 | Claire's | 612-9494 | |
| 4 | Diamond Depot | 501-0909 | |
| 3 | Earrings World | 632-9030 | |
| 2 | Fossil | 632-9010 | |
| 4 | Goldheart Direct | 501-0500 | |

| Y↑ | |
|---|---|
| 4 | |
| 2 | |
| 4 | |
| 1 | |

(/MALL/PHILADELPHIA-MILLS/ABOUT) (/mall/philadelphia-mills/about)

OPEN TODAY FROM 10AM TO 9PM.

ABOUT (/MALL/PHILADELPHIA-MILLS/ABOUT)          STORE DIRECTORY (/MALL/PHILADELPHIA-MILLS/STORES)

MALL MAP (/MALL/PHILADELPHIA-MILLS/MAP)          DEALS (/MALL/PHILADELPHIA-MILLS/DEALS)

NEWS & EVENTS (/MALL/PHILADELPHIA-MILLS/NEWS-AND-EVENTS)          FASHION (/MALL/PHILADELPHIA-MILLS/FASHION)

SOCIAL (/MALL/PHILADELPHIA-MILLS/SOCIAL)

### ALDI'S FURNITURE (/MALL/PHILADELPHIA-MILLS/STORES/ALDIS-FURNITURE)

ALDI'S FURNITURE

STORE HOURS:
Monday to Saturday 10am - 9pm Sunday 11am - 7pm

SPECIAL HOURS:
05/25/2015: 10am - 9pm (Memorial Day)

At Aldi's you can find furniture for any budget.  Whether you're looking to redecorate your entire space or add a few key pieces,
L&A has what you need.  From sofas and loveseats to dining room and bedroom sets.

BEST ENTRANCE: Enter through the Yellow Entrance
LOCATION IN MALL: Neighborhood 4 near Marshalls

(215) 637-1010 | Driving Directions (https://maps.google.com/maps?daddr=1455 Franklin Mills Cir,+Philadelphia,+PA+19154-3131) | Mall Map (/mall/philadelphia-mills/map)

(/mall/philadelphia-mills/stores/aldis-furniture)

MORE STORES TO CONSIDER



< SEE ALL STORES (/MALL/PHILADELPHIA-MILLS/STORES/ALLSTORESOFFERS.ASPX?ID=1245&TYPE=ALL)

---

View More (/contentstream/streamrequestcsi/1245/60/17514)
Hmmmm. We don't seem to have any content for this.

BECOME A MALL INSIDER TODAY AND GET DEALS FOR YOUR FAVORITE SIMON MALL.

(/mall-insider/viewstore?mallid=1245)

Aldi's Furniture at Philadelphia Mills®, a Simon Mall - Philadelphia, PA                    Page 2 of 2

ABOUT SIMON (http://business.simon.com/about)     TRAVEL (http://www.simon.com/travel)     #FOUNDATSIMON (http://www.simon.com/foundatsimon)
KIDGITS (http://www.simon.com/kidgits)     GIFT CARDS (https://www.simon.com/giftcard)     SEE ALL PROPERTIES (http://www.simon.com/mall)
SIMON YOUTH FOUNDATION (http://syf.org)

FIND ANOTHER MALL (http://www.simon.com/search)

COPYRIGHT ©1999-2015, SIMON PROPERTY GROUP, L.P. ALL RIGHTS RESERVED.
By using this site, you agree to abide by its Terms of Use (http://www.simon.com/legal), which prohibit commercial use of any information on this site. View our Privacy Policy (http://www.simon.com/legal/privacy) / Your California Privacy Rights (http://www.simon.com/legal/california-privacy)



*Authorized Ashley Gallery*

# ALDI'S

*Furniture And
Bedding LLC*

*1346 Franklin Mills Circle*

*Philadelphia, PA 19154*

*Phone: 215.637.1010*

*Fax: 215.637.1134*

## Hours

*Mon – Sat 10AM – 9:30PM*

*Sunday 11AM – 7PM*

www.furnitureald.com